IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD HARDCASTLE

                    98-3028
                    District Court Docket Number

      vs.

MARTIN HORN, ETAL

Notice of Appeal Filed 8/27/04
Court Reporter(s)/ESR Operator(s)      N/A

Filing Fee:
      Notice of Appeal _X_ Paid __ Not Paid  __ Seaman
      Docket Fee     _X_ Paid __ Not Paid  __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
_X_ Pending

CC: JUDGE PADOVA
     APPEALS CLERK
     USCA

Defendant's Address (for criminal appeals)

Prepared by : _____
LINDA V. JERRY, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm